**FILED**

APR 27 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-CR-188
Judge Gettleman
Magistrate Judge Valdez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 2 7 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 188 |
| v. | Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(o)(1) |
| ROGELIO CASTANEDA | |

## COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

From on or about January 24, 2023, and continuing until on or about March 30, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROGELIO CASTANEDA,

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about February 22, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ROGELIO CASTANEDA,

defendant herein, knowingly possessed a machinegun as defined in Title 26, United States Code, Section 5845(b), namely, two machinegun conversion devices, also known as an "auto sear" and "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 20, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ROGELIO CASTANEDA,

defendant herein, knowingly possessed a machinegun as defined in Title 26, United States Code, Section 5845(b), namely seven machinegun conversion devices, also known as an "auto sear" and "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason A. Yonan on behalf of the
ACTING UNITED STATES ATTORNEY